IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IOT INNOVATIONS LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00033-JRG-RSP |
| | § | (Lead Case) |
| FIBAR GROUP S.A. *and* NICE S.P.A., | § | |
| *Defendants*. | § | |

## ORDER

Before the Court are two of Plaintiff's motions: an Unopposed Motion to Sever and Stay Proceedings as to Counts II and III of its First Amended Complaint in Member Case No. 2:25-CV-00352-JRG-RSP (Dkt. No. 17), **Dkt. No. 74**, and an Unopposed Motion to Sever and Stay Proceedings as to counts II and VI of its Second Amended Complaint in Member Case No. 2:25-CV-00333-JRG-RSP, **Dkt. No. 75**. In both motions, Plaintiff informs the Court that the Central District of California held that U.S. Patent Nos. 7,263,102, and 7,526,562 are directed to patent-ineligible subject matter under 35 U.S.C. § 101 (in the "*Lutron* Action"). Dkt. No. 74 at 1; Dkt. No. 75 at 1. Plaintiff has demonstrated that a stay of certain counts will simplify the issues in question and trial of the case, and the motions are otherwise unopposed. The Court therefore finds, on balance, that both motions should be and hereby are **GRANTED**.

Accordingly, it is hereby **ORDERED** that Counts II and III of the First Amended Complaint in Member Case No. 2:25-CV-00352-JRG-RSP (Dkt. No. 17 in the Lead Case) are **SEVERED** into a new action and **STAYED** pending resolution of the appeal in the *Lutron* Action. The Clerk of Court is directed to open a new case for this severed action, with this Order as the first docketed item, with the First Amended Complaint (Dkt. No. 17) as an attachment thereto.

1

It is **FURTHER ORDERED** that Counts II and VI of the First Amended Complaint in Member Case No. 2:25-CV-00333-JRG-RSP (Dkt. No. 52 in the Lead Case) are likewise **SEVERED** into a new action and **STAYED** pending resolution of the appeal in the *Lutron* Action. The Clerk of Court is similarly directed to open a new case for this severed action, with this Order as the first docketed item, with the First Amended Complaint (Dkt. No. 52) as an attachment thereto.

It is **FURTHER ORDERED** that the parties to each severed action shall jointly file a notice every six months, and within 15 days following disposition, notifying the Court of the progress of the appeal in the *Lutron* Action.

**SIGNED this 15th day of March, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE